**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-5048**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

VAN ROBALA GARRETT,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, District Judge.  (2:03-cr-00059-RBS)

———————————

Submitted:  April 30, 2007              Decided:  May 25, 2007

———————————

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Brian Gay, GAY & CIPRIANO, P.C., Virginia Beach, Virginia, for Appellant. Joseph L. Kosky, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Van Robala Garrett pled guilty to violating his supervised release and was sentenced to twenty-four months of imprisonment. On appeal, counsel has filed a brief under Anders v. California, 386 U.S. 738 (1967), alleging that there are no meritorious claims on appeal but raising the following issue: whether Garrett's sentence was erroneous. Because we find that Garrett's sentence is not plainly unreasonable, United States v. Crudup, 461 F.3d 433, 437 (4th Cir. 2006) (stating review standard), cert. denied, 127 S. Ct. 1813 (2007), this claim fails.

We have examined the entire record in this case in accordance with the requirements of Anders, including the issues raised in Garrett's pro se supplemental brief, and find no meritorious issues for appeal. Accordingly, we affirm. We deny Garrett's motion to relieve his counsel. This court requires that counsel inform his client, in writing, of his right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on the client. We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED